973 A.2d 411

**Steven D. HECHINGER, John G. Bergdoll,
Josephine M. Wagaman, Petitioners**

v.

**H. Stanley REBERT the District Attorney of York County, Court
of Common Pleas of York County, Pennsylvania, the Honor-
able Richard K. Renn, President Judge, Respondents.**

**No. 38 MM 2009.**

Supreme Court of Pennsylvania.

May 27, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 27th day of May, 2009, the Application for Leave to File Original Process is **GRANTED** to the extent that it requests leave to file original process, and is **DENIED** in all other respects. The Petition for Writ of Mandamus

and/or Extraordinary Relief is also **DENIED.** The Prothonotary is directed to strike the jurist's name from the caption.